■ CAROL B. RONOVECH, Appellant, v CITY OF ONEONTA, Respondent. [996 NYS2d 202]—Appeal from an order of the Supreme Court (Coccoma, J.), entered September 19, 2012 in Otsego County, which granted defendant's motion for summary judgment dismissing the complaint.

Order affirmed, upon the opinion of Justice Michael V. Coccoma.

Lahtinen, J.P., Stein, McCarthy, Rose and Clark, JJ., concur. Ordered that the order is affirmed, with costs.